### HURWITZ v. HAMBURG-AMERICAN PACKET CO.

(City Court of New York, General Term. February 9, 1899.)

1. CARRIERS—PASSENGERS—DUTY TO CALL FOR BAGGAGE.
　A passenger should call for his baggage within a reasonable time after reaching his destination.

2. SAME—WHAT CONSTITUTES BAGGAGE.
　In an action for a loss of baggage, no recovery can be had for books, as constituting a part thereof, which plaintiff bought for her husband with money which he remitted to her for that purpose.

Appeal from trial term.

Action by Chane Hurwitz against the Hamburg-American Packet Company for loss of baggage alleged to have been delivered for carriage from Hamburg to New York. From a judgment for plaintiff, defendant appeals. Reversed.

Argued before FITZSIMONS, C. J., and O'DWYER, J.

Julius J. Frank, for appellant.
Mashbir & Cukor, for respondent.

PER CURIAM. It was error for the trial justice to refuse defendant's seventh request to charge. It was, no doubt, the duty of plaintiff to demand from defendant her baggage within a reasonable time after her arrival. Besides, it was error to allow testimony concerning the value of the books bought by plaintiff, for her husband,

out of money sent her by him for the purchase of such books. They certainly constitute no part of her baggage, and she had no right to recover in this action their value.

Judgment must be reversed and a new trial ordered, with costs to appellant to abide event.